265 So.2d 192

**In re Charles Edward PAYNE**

**v.**

**STATE.**

**Ex parte Charles Edward Payne.**

**8 Div. 487.**

Supreme Court of Alabama.

May 25, 1972.

Rehearing Denied Aug. 10, 1972.

Fred Blanton, Birmingham, for petitioner.

No brief filed for the State.

MADDOX, Justice.

Petition of Charles Edward Payne for Certiorari to the Court of Criminal Appeals to review and revise the judgment

and decision of that Court in Payne v. State, 48 Ala.App., ——, 265 So.2d 180.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and BLOODWORTH, JJ., concur.

265 So.2d 180

**In re Diane PEACOCK**

**v.**

**STATE.**

**Ex parte Diane Peacock.**

**6 Div. 993.**

Supreme Court of Alabama

Aug. 3, 1972.

Arthur Parker, J. Louis Wilkinson, Birmingham, for petitioner.

No brief from the State.

HARWOOD, Justice.

Petition of Diane Peacock for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Peacock v. State, 48 Ala.App. ——, 265 So.2d 175.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and McCALL, JJ., concur.